IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC J. BYRD | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION 09-00686-B |
| | * | |
| MICHAEL J. ASTRUE, | * | |
| Commissioner of | * | |
| Social Security, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

In accordance with the Order entered on February 2, 2011, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be **AFFIRMED.**

**DONE** this the **2nd** day of **February**, 2011.

                         /s/ SONJA F. BIVINS
                         **UNITED STATES MAGISTRATE JUDGE**